UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION (LAFAYETTE)

| | |
|---|---|
| THE LAFAYETTE LIFE INSURANCE COMPANY, MERCY RIDGE, INC., AMERICAN BANK, and all others similarly situated,<br><br>           Plaintiffs,<br><br>       v.<br><br>CITY OF MENASHA, WISCONSIN, a municipal corporation, MENASHA UTILITIES, MENASHA STEAM UTILITY, and RBC CAPITAL MARKETS CORP. f/k/a RBC DAIN RAUSCHER, INC.,<br><br>           Defendants. | Case No. 4:09-cv-0064-TLS-APR |

## NOTIFICATION OF SETTLEMENT OF CLASS ACTION

Pursuant to Local Rule 16.1(g), Lead Plaintiffs The Lafayette Life Insurance Company, Mercy Ridge, Inc., and American Bank (collectively the "Lead Plaintiffs," both individually and on behalf of the putative class in this class action), hereby notify the Court that on February 17, 2011, the parties, Lead Plaintiffs and Defendants City of Menasha, Wisconsin, Menasha Utilities, Menasha Steam Utility, and RBC Capital Markets Corp. f/k/a RBC Dain Rauscher, Inc., agreed to a preliminary settlement of this lawsuit, subject to the execution of a definitive Settlement Agreement and to the Court's approval of procedures to secure the prompt, complete, and final dismissal of this class action.  Lead Plaintiffs, by counsel, notify the Court of such "reasonably anticipated settlement" as required by Local Rule 16.1(g).

Respectfully submitted,

ICE MILLER LLP

 /s/ Michael A. Wukmer
Michael A. Wukmer
Mark R. Alson
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Brian E. Casey | Alyx S. Pattison |
| Alice J. Springer | Katten Muchin Rosenman LLP |
| Barnes & Thornburg LLP | alyx.pattison@kattenlaw.com |
| brian.casey@btlaw.com | |
| alice.springer@btlaw.com | |

I further certify that a copy of the foregoing has also been served upon the following, via first-class U.S. mail on the following:

| | |
|---|---|
| Edward J Fuhr | Brian J. Poronsky |
| Joseph J. Saltarelli | Christian T. Kemnitz |
| Trevor S. Cox | Katten Muchin Rosenman LLP - Chi/IL |
| Hunton & Williams LLP - Ric/VA | 525 W Monroe Street Suite 1600 |
| Riverfront Plaza East Tower | Chicago, IL 60661-3693 |
| 951 East Byrd Street | |
| Richmond, VA 23219-4074 | |

                                        */s/ Michael A. Wukmer*
                                        Michael A. Wukmer

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
(317) 236-2219