UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION (LAFAYETTE)

------------------------------------------------------------------------X
THE LAFAYETTE LIFE INSURANCE COMPANY,       :
MERCY RIDGE, INC., AMERICAN BANK, and all   :
others similarly situated,                  :
                                            :
                       Plaintiffs,          :
                                            :
              - against -                   :   Cause No. 4:09-CV-64-TLS-APR
                                            :
CITY OF MENASHA, WISCONSIN, a municipal     :
corporation, MENASHA UTILITIES, MENASHA     :
STEAM UTILITY, and RBC CAPITAL MARKETS      :
CORP. f/k/a RBC DAIN RAUSCHER, INC.,        :
                                            :
                       Defendants.          :
------------------------------------------------------------------------X

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
AGREEMENT AND FOR SETTLEMENT CLASS CERTIFICATION**

In accordance with the parties' Settlement Agreement, Plaintiffs The Lafayette Life Insurance Company, Mercy Ridge, Inc. and American Bank (collectively "Plaintiffs"), by lead counsel, respectfully request an Order preliminarily approving the Settlement Agreement ("Settlement"), preliminarily certifying a Plaintiffs' Settlement Class and directing notice of the Settlement to members of the Settlement Class. The Settlement Agreement and exhibits thereto are attached to this Motion as Exhibit A. The Settlement resolves all claims in this action of the Plaintiffs and the proposed Settlement Class as against Defendants the City of Menasha, Wisconsin, Menasha Utilities, Menasha Steam Utility and RBC Capital Markets, LLC (f/k/a RBC Capital Markets Corp.). In support of this Motion, Plaintiffs submit simultaneously

I/2610277.1

herewith the Memorandum in Support of Class Plaintiffs' Motion for Preliminary Approval of Settlement Agreement and for Settlement Class Certification.

    WHEREFORE, Plaintiffs respectfully request that the Court enter an Order Preliminarily Approving Settlement in the form attached to the Settlement Agreement.

    Respectfully submitted,

*s/ Michael A. Wukmer*
Michael A. Wukmer
*Lead Counsel for Plaintiffs*

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
Fax: (317) 592-4825

I/2610277.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following, via this Court's Electronic Case Filing System, on the 25th day of April, 2011:

>Brian E. Casey
>Alice J. Springer
>Barnes & Thornburg LLP
>brian.casey@btlaw.com
>alice.springer@btlaw.com
>
>Alyx S. Pattison
>Brian J. Poronsky
>Christian T. Kemnitz
>Katten Muchin Rosenman LLP
>alyx.pattison@kattenlaw.com
>brian.poronsky@kattenlaw.com
>christian.kemnitz@kattenlaw.com

I hereby certify that a copy of the foregoing has been served via electronic mail upon the following on the 25th day of April, 2011:

>Edward J Fuhr PHV
>Hunton & Williams LLP - Ric/VA
>Riverfront Plaza East Tower
>951 East Byrd Street
>Richmond, VA 23219-4074
>
>Joseph J Saltarelli PHV
>Hunton & Williams LLP - NY/NY
>200 Park Avenue
>New York, NY 10166
>
>Trevor S Cox PHV
>Hunton & Williams LLP - Ric/VA
>Riverfront Plaza East Tower
>951 East Byrd Street
>Richmond, VA 23219-4074

>*s/ Michael A. Wukmer*
>Michael A. Wukmer
>Mark R. Alson
>Attorneys for Plaintiffs

I/2610277.1